# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| CRESCENT SILVER, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEW JERSEY MINING COMPANY, an Idaho corporation,<br><br>　　　　Defendant, | Case No.: 2:15-cv-00097-REB<br><br>**ORDER OF DISMISSAL** |

　　　　On November 10, 2015, the undersigned granted Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(1).  *See* 11/10/15 MDO (Docket No. 23).  At that time, the undersigned additionally ordered that "Plaintiff may file an amended complaint within 14 days of the date of this Memorandum Decision and Order" and that "[f]ailure to do so will result in dismissal of the action."  *See id*. at p. 6.  To date, Plaintiff has not filed any amended complaint.

　　　　Therefore, IT IS HEREBY ORDERED that this action is DISMISSED, WITHOUT PREJUDICE.

DATED:  **November 30, 2015**

_____
Honorable Ronald E. Bush
Chief U. S. Magistrate Judge

**ORDER OF DISMISSAL - 1**